COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

NO.
2-06-387-CR

                                                


KEVIN KHA NGUYEN                                                            APPELLANT

A/K/A KEVIN KHA NGUTEN

 

                                                   V.

THE STATE OF TEXAS                                                                STATE

                                               ----------

        FROM CRIMINAL DISTRICT
COURT NO. 2 OF TARRANT COUNTY

                                                
----------

                  MEMORANDUM OPINION[1]
AND JUDGMENT

                                               ----------

We
have considered AAppellant=s
Pro-Se Motion To Withdraw Appeal.@  The 
motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a).  No
decision of this court having been delivered before we received this motion, we
grant the motion and dismiss the appeal. See id.; Tex. R. App. P. 43.2(f).                                                                                                                                                                                                                             PER
CURIAM

 

PANEL D:   MCCOY, J.; CAYCE, C.J.; and LIVINGSTON, J.

 

DO NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 








DELIVERED: December 14, 2006                                                    











[1]See Tex. R. App. P. 47.4.